FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 28 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZMIE MADANAT,<br><br>　　　　　Plaintiff(s),<br><br>　　-against-<br><br>FIRST DATA CORPORATION; FIRST DATA MERCHANT SERVICES CORPORATION; and DOES 1-25 INCLUSIVE,<br><br>　　　　　Defendant. | JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS<br><br>Case No. 11-cv-00364 (LDW)(ETB) |

The parties in the above-captioned case, by and through their counsel, jointly stipulate to the following:

1. The plaintiff's claims in this litigation for declaratory and injunctive relief as to the legality of what the plaintiff refers to as the "Optional Liquidated Damages Clause in contracts between Defendants and the merchant class" have been certified pursuant to Fed. R. Civ. P. 23 (b)(2), and the plaintiff's motion for class certification has been denied in all other respects.

2. The parties have been unable to finalize a nationwide class action settlement.

3. The plaintiff now wishes to file a motion for summary judgment on the certified claims.

4. The parties propose that the Court adopt the following briefing schedule for the plaintiff's summary judgment motion:

    (a) Opening Papers: June 25, 2014;
    (b) Opposition Papers: August 6, 2014.
    (c) Reply Papers: August 20, 2014

LEGAL120854094.2

May 27, 2014

Respectfully submitted,

HANLY CONROY BIERSTEIN SHERIDAN
FISHER HAYES LLP

*Mitchell Breit /tis*

Mitchell Breit
Attorneys for Plaintiff Azmie Madanat
112 Madison Avenue
New York, NY 10016
212.784.6400
E-mail: mbreit@hanlyconroy.com

PERKINS COIE LLP

*J. Patrick Corrigan /tis*

J. Patrick Corrigan (pro hac vice)
Attorneys for Defendants First Data Corp. and
First Data Merchant Services Corp.
3150 Porter Drive
Palo Alto, CA 94304
650.838.4300

IT IS SO ORDERED:

Central Islip, NY
5/28/14

_____
United States District/~~Magistrate~~ Judge

\* All papers to be filed on the reply date of August 20, 2014, in accordance with the Court's rules. Movant shall provide Courtesy copies to Chambers.

LEGAL120854094.2