UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZMIE MADANAT,<br><br>Plaintiff,<br><br>-against-<br><br>FIRST DATA CORPORATION; FIRST DATA MERCHANT SERVICES CORPORATION; and DOES 1-25 INCLUSIVE,<br><br>Defendants. | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 11-cv-00364 (LDW)(ARL) |

Plaintiff, Azmie Madanat, through his undersigned counsel, respectfully submits this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(a). This Motion is supported by the attached memorandum, Statement of Material Facts, and exhibits.

Dated: Mount Pleasant, South Carolina

June 25, 2014

Respectfully submitted,

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC

/s/ T. Christopher Tuck
T. Christopher Tuck (*admitted pro hac vice*)
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC  29464
(843) 727-6500
E-mail: ctuck@rpwb.com

Attorney for Plaintiff and the Class

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June 2014, I caused the foregoing document to be served upon all defense counsel of record via overnight delivery and electronic mail.

/s/ T. Christopher Tuck
T. Christopher Tuck